# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY HANNA, | Case No. 1:14-cv-01339 DLB |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR "NEXT FRIEND" STANDING |
| v. | |
| RON DAVIS, et al., | (Document 11) |
| Defendants. | |

Plaintiff Timothy Hanna ("Plaintiff"), a state prisoner proceeding pro se, filed this action on August 28, 2014. On September 10, 2014, the Court screened Plaintiff's complaint and dismissed it with leave to amend. The time for filing an amended complaint has not yet passed.

On September 29, 2014, Plaintiff filed a motion to grant inmate Thomas Bodnar "next friend" standing. Plaintiff states that he is indigent and untrained in the law, and requests that Inmate Bodnar be given standing to "proceed on separately filed and related documents..." Mot., at 2.

Although a non-attorney litigant may appear on his own behalf, he cannot represent another litigant; only an attorney may appear on behalf of another person. See C.E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir.1987) (a non-attorney has no authority to appear as an attorney for anyone other than himself); Elustra v. Mineo, 595 F.3d 699, 704 (7th Cir.2010) ("Normally, representative parties such as next friends may not conduct litigation pro se; pleadings may be brought before the court only by parties or their attorney."); Simon v. Hartford Life, Inc.,

546 F.3d 661 (9th Cir.2008) (in action brought by pro se litigant, the real party in interest must be the person who by substantive law has the right to be enforced); <u>Stoner v. Santa Clara County Office of Educ.</u>, 502 F.3d 1116, (9th Cir.2007).

  Moreover, Local Rule 183 requires Plaintiff, who is proceeding pro se, to represent himself.  He may not act through another who is not his attorney.  Fed. R. Civ. P. 83; Local Rule 183.

  Accordingly, Plaintiff's motion is DENIED.  While Plaintiff may obtain assistance in preparing his filings, he must file and sign each pleading on his own behalf.

IT IS SO ORDERED.

  Dated:   **October 15, 2014**       /s/ *Dennis L. Beck*
                   UNITED STATES MAGISTRATE JUDGE