1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10   TIMOTHY HANNA,                          Case No. 1:14-cv-01339 DLB

11            Plaintiff,                     ORDER REGARDING PLAINTIFF'S
                                            IN FORMA PAUPERIS STATUS
12        v.                                ON APPEAL

13   RON DAVIS, et al.,                      (Document 31)

14            Defendants.
     _____/
15

16        Plaintiff Timothy Hanna ("Plaintiff"), a state prisoner proceeding pro se, filed this action

17   on August 28, 2014.  The Court dismissed the action on July 1, 2015, and Plaintiff filed a notice of

18   appeal on July 27, 2015.  On August 3, 2015, the Ninth Circuit referred the appeal to this Court for

19   the limited purpose of determining whether in forma pauperis status should continue for this

20   appeal, or whether the appeal is frivolous or is taken in bad faith.  28 U.S.C. § 1915(a)(3).

21        Plaintiff's appeal is not frivolous, nor is it taken in bad faith.  Accordingly, Plaintiff's in

22   forma pauperis status should continue on appeal.

23
     IT IS SO ORDERED.
24

25     Dated:   __August 5, 2015__            _____ /s/ Dennis L. Beck
26                                           UNITED STATES MAGISTRATE JUDGE
27
28